**[J-58-2015]**
**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

| | |
|---|---|
| RICHARD COPPOLINO, | : No. 132 MAP 2014 |
| | : |
| Appellant | : Appeal from the Order of the |
| | : Commonwealth Court at No. 214 MD |
| | : 2013 dated October 14, 2014. |
| v. | : |
| | : ARGUED: September 10, 2015 |
| | : |
| COMMISSIONER OF THE | : |
| PENNSYLVANIA STATE POLICE, | : |
| FRANK NOONAN, | : |
| | : |
| Appellee | : |

**ORDER**

**PER CURIAM**                                    **DECIDED: November 20, 2015**

**AND NOW**, this 20th day of November, 2015, the Order of the Commonwealth

Court is hereby AFFIRMED. Appellant's Application for Leave to Submit Supplemental

Authority is DENIED as moot.